# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Venetia Trischan,

          Petitioner,          **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING MATTER**

v.

FCI Waseca,          Civil File No. 25-4743 (MJD/DJF)

          Respondent.

Venetia Trsichan, pro se plaintiff.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 27, 2026.  No objections have been filed to that Report and Recommendation, and the Court therefore reviews it for clear error.  See Fed. R. Civ. P. 72(b); Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, the Court adopts the Report and Recommendation of Magistrate Judge Foster dated January 27, 2026.

Accordingly, based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1.     The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 27, 2026 **[Docket No. 3].**

2.     This matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 19, 2026              s/Michael J. Davis
                                       Michael J. Davis
                                       United States District Court